No. 90–1898. ABBOTT LABORATORIES *v.* KESSLER, COMMISSIONER, FOOD AND DRUG ADMINISTRATION. C. A. D. C. Cir. Certiorari denied.

No. 90–1899. GULF STATES UTILITIES CO. *v.* FEDERAL ENERGY REGULATORY COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied.

No. 90–1900. 11126 BALTIMORE BOULEVARD, INC., T/A WARWICK BOOKS *v.* PRINCE GEORGE'S COUNTY, MARYLAND. C. A. 4th Cir. Certiorari denied.

No. 90–1901. HAYES *v.* BYER ET AL. C. A. 9th Cir. Certiorari denied.

No. 90–1904. INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA, AFL–CIO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 90–1905. MARINE ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied.

No. 90–1906. GRACEY *v.* REIGLE. C. A. 3d Cir. Certiorari denied.

No. 90–1907. DELUXE SHEET METAL, INC., ET AL. *v.* PLYMOUTH PLASTICS, INC. Ct. App. Ind. Certiorari denied.

No. 90–1908. CEDAR BROOK SERVICE STATION, INC., ET AL. *v.* CHEVRON U. S. A., INC., ET AL. C. A. 2d Cir. Certiorari denied.

No. 90–1909. WHITE, AKA CASCIO *v.* MINNESOTA. Ct. App. Minn. Certiorari denied.

No. 90–1910. ROSEN *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 90–1911. LOEBER ET VIR, INDIVIDUALLY AND ON BEHALF OF THEIR MINOR DAUGHTER, LOEBER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.